**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7465**

---

FREDRICK LYNWOOD FOLEY,

Plaintiff - Appellant,

versus

SERGEANT HARDEN; LONNIE M. SAUNDERS, Warden,

Defendants - Appellees.

---

**No. 95-7786**

---

FREDRICK LYNWOOD FOLEY,

Plaintiff - Appellant,

versus

CAPTAIN HOLLOWAY; CORRECTIONAL OFFICER ARGENBRIGHT,

Defendants - Appellees.

---

Appeals from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson and James C. Turk, District Judges.  (CA-94-763-R, CA-95-1167-R)

---

Submitted:  February 7, 1996      Decided:  February 22, 1996

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Fredrick Lynwood Foley, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Foley v. Harden</u>, No. CA-94-763-R; <u>Foley v. Holloway</u>, No. CA-95-1167-R (W.D. Va. Aug. 9, 1995; Sept. 12, 1995; Oct. 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2